IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Austin, Monique | Case Number: 04 B 18756 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 1/15/08 | Filed: 5/12/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 29, 2007
Confirmed: July 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,403.34 | |
| Secured: | | 1,852.77 |
| Unsecured: | | 7,282.29 |
| Priority: | | 0.00 |
| Administrative: | | 2,633.40 |
| Trustee Fee: | | 634.88 |
| Other Funds: | | 0.00 |
| Totals: | 12,403.34 | 12,403.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,675.25 | 2,633.40 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Balaban Furniture Ltd | Secured | 1,852.77 | 1,852.77 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 1,191.87 | 1,191.87 |
| 5. | AAA Checkmate LLC | Unsecured | 633.26 | 633.26 |
| 6. | Brother Loan & Finance | Unsecured | 724.40 | 724.40 |
| 7. | Sir Finance Corporation | Unsecured | 1,290.99 | 1,290.99 |
| 8. | Nationwide Acceptance Corp | Unsecured | 1,117.54 | 324.00 |
| 9. | Honor Finance | Unsecured | 1,704.20 | 1,704.20 |
| 10. | Insta Cash | Unsecured | 463.59 | 463.59 |
| 11. | Quick Payday | Unsecured | 569.36 | 0.00 |
| 12. | America's Financial Choice Inc | Unsecured | 953.16 | 949.98 |
| 13. | Pay Day Loans | Unsecured | | No Claim Filed |
| 14. | Columbia House | Unsecured | | No Claim Filed |
| 15. | Fast Cash | Unsecured | | No Claim Filed |
| 16. | Global Payments | Unsecured | | No Claim Filed |
| 17. | Cash To Go | Unsecured | | No Claim Filed |
| 18. | National Quick Cash | Unsecured | | No Claim Filed |
| 19. | Pay Day Loans | Unsecured | | No Claim Filed |
| 20. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 21. | Money Market | Unsecured | | No Claim Filed |
| 22. | TCF Bank | Unsecured | | No Claim Filed |
| 23. | Safeway | Unsecured | | No Claim Filed |
| 24. | Bank One | Unsecured | | No Claim Filed |
| 25. | Timberland Park | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Austin, Monique | Case Number: 04 B 18756 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 1/15/08 | Filed: 5/12/04 |

| 26. | Balaban Furniture Ltd | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | Pay Day Loan Co | Unsecured | | No Claim Filed |
| 28. | AAA Checkmate LLC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,176.39 | $ 11,768.46 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 38.53 |
| 6.5% | 272.55 |
| 3% | 43.62 |
| 5.5% | 243.46 |
| 5% | 23.05 |
| 5.4% | 13.67 |
| | _____ |
| | $ 634.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

